IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE MERRIMAN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. PONDER, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:19-cv-01446 WBS CKD<br><br>**ORDER GRANTING MOTION TO OPT-OUT OF EARLY POST-SCREENING ADR** |

　　This matter having come before the Court on defendants' motion to opt this case out of the early ADR program and good causing appearing, the motion is GRANTED.

　　This case is released from the early ADR program, the stay is lifted and defendants shall file their response to plaintiff's amended complaint within thirty days of the date of this order.

　　IT IS SO ORDERED.

Dated: August 25, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1